**Edmondson, Circuit Judge, concurring in part and dissenting in part:**

I concur in the result and in the opinion of the Court, except I dissent from the Court's conclusion on sentencing discussed at III.A. of the Court's opinion: Given the nature of the evidence before the district court at sentencing, I cannot say that the district court committed clear error. I would affirm the convictions and sentences.